Dismissed and Memorandum Opinion filed June 25, 2009








Dismissed
and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00160-CV

____________

 

JOHN KINDS, Appellant

 

V.

 

CITY OF HOUSTON AND POLICE OFFICER WILLIAM HAYDEN, 

Appellees

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2008-18683

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a summary judgment signed November 11, 2008.  The clerk=s record was filed on March 18,
2009.  Appellant=s brief was due April 17, 2009, but no brief or motion for
extension of time were filed.








On May
7, 2009, this Court issued an order stating that unless appellant submitted his
brief, together with a motion reasonably explaining why the brief was late, on
or before June 1, 2009, the Court would dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).  Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.